1  James F. Basile (SBN 228965)
   jbasile@kirkland.com
2  Mark E. McKane (SBN 232045)
   mmckane@kirkland.com
3  KIRKLAND & ELLIS LLP
   555 California Street, 27th Floor
4  San Francisco, California 94104-1501
   Telephone:    (415) 439-1400
5  Facsimile:    (415) 439-1500

6  Attorneys for Defendant
   APPLE COMPUTER, INC.

**GRANTED**
*Judge James Ware* (signature)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH BIRDSONG, individually and as representative of the CLASS,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE COMPUTER, INC.,<br><br>Defendant. | Case No. C 06-02280 JW PVT<br>Judge: Hon. James Ware<br><br>**STIPULATION EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT** |

    IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Joseph Birdsong, individually and as representative of the putative Class, and Defendant Apple Computer, Inc., pursuant to Fed. R. Civ. P. 6(b) and N.D. Cal. Civil L.R. 6-1(a), and consistent with the parties' prior agreements, that Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is extended until September 15, 2006.

///

///

///

///

///

1  IT IS SO STIPULATED.

2  Dated: August 8, 2006        NEBLETT, BEARD, ARSENAULT

4                                By:  /s/ J.R. Whaley

5                                Richard Arsenault
                                  John Randall Whaley

7                                Attorneys for Plaintiff
                                  JOSEPH BIRDSONG,
                                  individually and as representative
8                                of the putative CLASS

10 Dated: August 8, 2006        KIRKLAND & ELLIS LLP

12                               By:  /s/ Mark E. McKane

13                               James F. Basile
                                  Mark E. McKane

15                               Attorneys for Defendant
                                  APPLE COMPUTER, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Mark E. McKane, am the ECF user whose ID and password are being used to file this STIPULATION EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that John Randall Whaley, counsel for Plaintiff Joseph Birdsong, has concurred in this filing.

                                             /s/ Mark E. McKane
                                               Mark E. McKane