James F. Basile (SBN 228965)
jbasile@kirkland.com
Mark E. McKane (SBN 232045)
mmckane@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104-1501
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500

Attorneys for Defendant
APPLE COMPUTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH BIRDSONG, individually and as representative of the CLASS,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE COMPUTER, INC.,<br><br>Defendant. | Case No. C 06-02280 JW PVT<br>Judge: Hon. James Ware<br><br>**STIPULATION EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Joseph Birdsong, individually and as representative of the putative Class, and Defendant Apple Computer, Inc., pursuant to Fed. R. Civ. P. 6(b) and N.D. Cal. Civil L.R. 6-1(a), and consistent with the parties' prior agreements, that Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is extended until October 24, 2006.

///

///

///

///

///

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Mark E. McKane, am the ECF user whose ID and password are being used to file this STIPULATION EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that John Randall Whaley, counsel for Plaintiff Joseph Birdsong, has concurred in this filing.

                                                                     /s/
                                                Mark E. McKane

IT IS SO STIPULATED.

Dated: September 19, 2006         NEBLETT, BEARD, ARSENAULT


By: ___/s/ J.R. Whaley___

Richard Arsenault
John Randall Whaley

Attorneys for Plaintiff
JOSEPH BIRDSONG,
individually and as representative
of the putative CLASS


Dated: September 19, 2006         KIRKLAND & ELLIS LLP


By: ___/s/ Mark E. McKane___

James F. Basile
Mark E. McKane

Attorneys for Defendant
APPLE COMPUTER, INC.