**GRANTED**
*Judge James Ware*

1  James F. Basile (SBN 228965)
   jbasile@kirkland.com
2  Mark E. McKane (SBN 232045)
   mmckane@kirkland.com
3  KIRKLAND & ELLIS LLP
   555 California Street, 27th Floor
4  San Francisco, California 94104-1501
   Telephone: (415) 439-1400
5  Facsimile: (415) 439-1500

6  Attorneys for Defendant
   APPLE COMPUTER, INC.
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12 | JOSEPH BIRDSONG, individually and as representative of the CLASS, | Case No. C 06-02280 JW PVT
   |                                                                  | Judge: Hon. James Ware
13 |                                                                  |
14 | Plaintiff,                                                       | **STIPULATION EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**
15 | vs.                                                              |
16 | APPLE COMPUTER, INC.,                                            |
17 | Defendant.                                                       |

18

19     IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Joseph Birdsong, individually

20 and as representative of the putative Class, and Defendant Apple Computer, Inc., pursuant to Fed. R.

21 Civ. P. 6(b) and N.D. Cal. Civil L.R. 6-1(a), and consistent with the parties' prior agreements, that

22 Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is extended until

23 November 10, 2006.

24 ///

25 ///

26 ///

27 ///

28 ///

---

STIPULATION EXTENDING DEFENDANT'S DEADLINE      1      CASE NO. C 06-02280 JW PVT
TO RESPOND TO COMPLAINT

IT IS SO STIPULATED.

Dated: October 12, 2006          NEBLETT, BEARD, ARSENAULT


                                 By:   /s/ J.R. Whaley

                                 Richard Arsenault
                                 John Randall Whaley

                                 Attorneys for Plaintiff
                                 JOSEPH BIRDSONG,
                                 individually and as representative
                                 of the putative CLASS


Dated: October 12, 2006          KIRKLAND & ELLIS LLP


                                 By:   /s/ Mark E. McKane

                                 James F. Basile
                                 Mark E. McKane

                                 Attorneys for Defendant
                                 APPLE COMPUTER, INC.

STIPULATION EXTENDING DEFENDANT'S DEADLINE        2        CASE NO. C 06-02280 JW PVT
TO RESPOND TO COMPLAINT

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Mark E. McKane, am the ECF user whose ID and password are being used to file this STIPULATION EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that John Randall Whaley, counsel for Plaintiff Joseph Birdsong, has concurred in this filing.

/s/
Mark E. McKane