James F. Basile (SBN 228965)
jbasile@kirkland.com
Mark E. McKane (SBN 232045)
mmckane@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California  94104-1501
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500

Attorneys for Defendant
APPLE COMPUTER, INC.

Lee M. Gordon (SBN 174168)
lee@hbsslaw.com
Elaine T. Byszewski (SBN 222304)
elaine@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
700 South Flower St., Suite 2940
Los Angeles, CA  90017-4101
Telephone:  (213) 330-7150
Facsimile:  (213) 330-7152
     -and-
Richard Arsenault
rarsenault@nbalawfirm.com
John Randall Whaley
jrwhaley@nbalawfirm.com
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court
Post Office Box 1190
Alexandria, LA  71309-1190
Telephone:     (318) 487-9874
Facsimile:     (318) 561-2591

Attorneys for Plaintiff
JOSEPH BIRDSONG, individually
and as representative of the putative CLASS

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH BIRDSONG, individually and as representative of the CLASS,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE COMPUTER, INC.,<br><br>Defendant. | Case No. C 06-02280 JW PVT<br>Judge: Hon. James Ware<br><br>**STIPULATION AND JOINT MOTION TO EXTEND RULE 16(B) AND 26(F) CONFERENCE** |

1   IT IS HEREBY STIPULATED AND REQUESTED by Plaintiff Joseph Birdsong, individually and as representative of the putative Class, and Defendant Apple Computer, Inc., ("Apple") pursuant to Fed. R. Civ. P. 6(b) and N.D. Cal. Civil L.R. 6-1(a), and consistent with the parties' agreements, that the Rule 16(b) and 26(f) Case Management Statement and Rule 26 Case Management Conference deadlines be extended and stayed pending filing of Plaintiff's Second Amended Complaint.  The parties request is made based upon the following:

WHEREFORE, Defendant Apple Computer, Inc. filed its Motion to Dismiss Plaintiff's Amended Complaint on Friday, November 10, 2006;

WHEREFORE, Plaintiff has requested sixty days to file a Second Amended Complaint in lieu of opposing Apple's Motion to Dismiss;

WHEREFORE, the parties believe that it is in their best interests and the best interests of the Court's resources to continue the Rule 16(b) and 26(f) Case Management Statement deadline, currently scheduled for November 27, 2006, and Case Management Conference, currently scheduled for December 4, 2006, until after Plaintiff files his Second Amended Complaint and the full scope of the allegations are set forth;

WHEREFORE, based on the foregoing and for good cause shown, the parties respectfully request that this Court order the following schedule:

Plaintiff shall file a Second Amended Complaint on or before January 15, 2007;

Apple shall Answer or otherwise respond to the Second Amended Complaint on or before March 1, 2007;

The last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file/serve their 26(f) Report on or before March 26, 2007; and

The Case Management Conference will be held on April 2, 2007 in Courtroom 8, 4th Floor, San Jose at 10:00 AM.

| | |
|---|---|
| Dated: November 15, 2006 | Dated: November 15, 2006 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | KIRKLAND & ELLIS LLP |
| By: /s/ Lee M. Gordon | By: /s/ Mark E. McKane |
| Lee M. Gordon<br>Elaine T. Byszewski | James F. Basile<br>Mark E. McKane |
| Attorneys for Plaintiff<br>JOSEPH BIRDSONG,<br>individually and as representative<br>of the putative CLASS | Attorneys for Defendant<br>APPLE COMPUTER, INC. |

Additional Counsel for Plaintiff,
JOSEPH BIRDSONG,
individually and as representative
of the putative CLASS:

Richard Arsenault
John Randall Whaley
NEBLETT, BEARD, ARSENAULT
2220 Bonaventure Court
Post Office Box 1190
Alexandria, LA  71309-1190
Telephone:  (318) 487-9874
Facsimile: (318) 561-2591

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Philip Bohrer
Scott Brady
BOHRER LAW FIRM, L.L.C.
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana  70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

1  John P. Wolff, III
2  Christopher K. Jones
   KEOGH, COX & WILSON, LTD.
3  701 Main Street
   Post Office Box 1151 (70821)
4  Baton Rouge, Louisiana  70802
   Telephone: (225) 383-3796
5  Facsimile: (225) 343-9612

6

7  THE FOREGOING STIPULATION IS
   APPROVED AND IT IS SO ORDERED
8

9

10  Dated: ___ November 16th, 2006 ___        _____
                                              Hon. James Ware
11                                            United States District Court Judge.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Mark E. McKane, am the ECF user whose ID and password are being used to file this STIPULATION EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Lee M. Gordon, counsel for Plaintiff Joseph Birdsong, has concurred in this filing.

/s/
Mark E. McKane