| | |
|---|---|
| 1 | James F. Basile (SBN 228965) |
| | jbasile@kirkland.com |
| 2 | Mark E. McKane SBN 232045) |
| | mmckane@kirkland.com |
| 3 | KIRKLAND & ELLIS LLP |
| | 555 California Street, 27th Floor |
| 4 | San Francisco, CA  94104-1501 |
| | Telephone:     (415) 439-1400 |
| 5 | Facsimile:      (415) 439-1500 |
| 6 | Attorneys for Defendant |
| | APPLE COMPUTER, INC. |
| 7 | |
| | Lee M. Gordon (SBN 174168) |
| 8 | lee@hbsslaw.com |
| | Elaine T. Byszewski (SBN 222304) |
| 9 | elaine@hbsslaw.com |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 10 | 700 South Flower Street, Suite 2940 |
| | Los Angeles, CA  90017-4101 |
| 11 | Telephone:    213-330-7150 |
| | Facsimile:     213-330-7152 |
| 12 | - and - |
| | Richard Arsenault |
| 13 | rarsenault@nbalawfirm.com |
| | John Randall Whaley |
| 14 | jrwhaley@nbalawfirm.com |
| | NEBLETT, BEARD & ARSENAULT |
| 15 | 2220 Bonaventure Court |
| | Post Office Box 1190 |
| 16 | Alexandria, LA  71309-1190 |
| | Telephone:     (318) 487-9874 |
| 17 | Facsimile:      (318) 561-2591 |
| 18 | Attorneys for Plaintiff |
| | JOSEPH BIRDSONG, individually |
| 19 | and as representative of the putative CLASS |
| 20 | [Additional Counsel Listed on Signature Page] |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH BIRDSONG, individually and as representative of the CLASS, | Case No.  C 06-02280 JW PVT |
| Plaintiff, | Judge: Hon. James Ware |
| vs. | **STIPULATION AND JOINT MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| APPLE COMPUTER, INC., | |
| Defendant. | |

1    IT IS HEREBY STIPULATED AND REQUESTED by Defendant Apple Computer, Inc. ("Apple") and Plaintiff Joseph Birdsong, individually and as representative of the putative Class, pursuant to Fed. R. Civ. P. 6(b) and N.D. Cal. Civil L.R. 6-1(a), and consistent with the parties' agreements, that the Case Management Conference scheduled for Monday, April 2, 2007 be rescheduled for Monday, April 16, 2007.  Counsel for Apple is required to be at a mandatory court hearing in Delaware on April 2, 2007, and cannot attend the Case Management Conference in this proceeding.

   WHEREFORE, based on the foregoing and for good cause shown, the parties respectfully request that this Court order that the Case Management Conference be held on Monday, April 16, 2007, in Courtroom 8, 4th Floor, San Jose at 10:00 a.m.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Dated: February 14, 2007 | Dated: February 14, 2007 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | KIRKLAND & ELLIS LLP |
| By:   /s/ Lee M. Gordon | By:   /s/ Mark E. McKane |
| Lee M. Gordon<br>Elaine T. Byszewski | James F. Basile<br>Mark E. McKane |
| Attorneys for Plaintiff<br>JOSEPH BIRDSONG,<br>individually and as representative<br>of the putative CLASS | Attorneys for Defendant<br>APPLE COMPUTER, INC. |

Additional Counsel for Plaintiff,
JOSEPH BIRDSONG,
individually and as representative
of the putative CLASS:

Richard Arsenault
John Randall Whaley
NEBLETT, BEARD, ARSENAULT
2220 Bonaventure Court
Post Office Box 1190
Alexandria, Louisiana  71309-1190
Telephone:   (318) 487-9874
Facsimile:    (318) 561-2591

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington  98101
Telephone:   (206) 623-7292
Facsimile:    (206) 623-0594

Philip Bohrer
Scott Brady
BOHRER LAW FIRM, L.L.C.
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana  70809
Telephone:   (225) 925-5297
Facsimile:    (225) 231-7000

1  John P. Wolff, III
   Christopher K. Jones
2  KEOGH, COX & WILSON, LTD.
   701 Main Street
3  Post Office Box 1151 (70821)
   Baton Rouge, Louisiana  70802
4  Telephone:     (225) 383-3796
   Facsimile:     (225) 343-9612
5

6  THE FOREGOING STIPULATION IS
   APPROVED AND IT IS SO ORDERED.
7

8  Dated: _____2/15/2007_____     _____
                                              Hon. James Ware
9                                             United States District Court Judge.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Motion re Case Management Conference          4          Case No. C 06-02280 JW PVT

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Mark E. McKane, am the ECF user whose ID and password are being used to file this STIPULATION AND JOINT MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest that Lee M. Gordon, counsel for Plaintiff Joseph Birdsong, has concurred in this filing.

                                              /s/
                                      Mark E. McKane

Case No. C 06-02280 JW PVT