IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Joseph Birdsong, et al., | NO. C 06-02280 JW |
|       Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Apple Inc., | |
|       Defendant. | |

The Court continues the case management conference presently scheduled on April 16, 2007 to **May 7, 2007 at 10 a.m.** to coincide with the hearing on Defendant's Motion to Dismiss. Please note that the hearing on the motion is at 9 a.m. and the conference is at 10 a.m. Unless there is a substantial change in the procedural posture of the case, the parties need not file another joint case management statement ten days before the conference.

Dated: April 2, 2007

                                                  JAMES WARE
                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher K. Jones cjones@kcwlaw.com
Christopher William Keegan ckeegan@kirkland.com
Elaine T. Byszewski elaine@hagens-berman.com
James Francis Basile jbasile@kirkland.com
John P. Wolff jwolff@kcwlaw.com
John Randall Whaley jrwhaley@nbalawfirm.com
Lee M. Gordon lee@hbsslaw.com
Mark Edward McKane mmckane@kirkland.com
Philip Bohrer phil@bohrerlaw.com
Quentin F. Urquhart qurquhart@irwinllc.com
Richard J. Arsenault rarsenault@nbalawfirm.com
Steve W. Berman steve@hbsslaw.com

**Dated: April 2, 2007**                                **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**

**United States District Court**
For the Northern District of California