James F. Basile, Bar No. 228965
jbasile@kirkland.com
Mark E. McKane, Bar No. 230552
mmckane@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:     415 439-1400
Facsimile:     415 439-1500

David M. Bernick, P.C. (*admitted pro hac vice*)
dbernick@kirkland.com
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
Telephone:     212 446-4800
Facsimile:     212 446-4900

Attorneys for Defendant
APPLE COMPUTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH BIRDSONG, INDIVIDUALLY AND AS REPRESENTATIVE OF THE CLASS,<br><br>          Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC.,<br><br>          Defendant. | Case No.  C 06-02280 JW PVT<br><br>Judge:  Hon. James Ware<br><br>(~~PROPOSED~~) **ORDER MODIFYING CAPTION** |

     This cause having come before the Court on Defendant Apple Computer, Inc.'s Motion to Modify Caption; and the Court having considered the facts presented and the relief requested; and good cause appearing therefore; and upon due and proper notice to all interested parties; and as this motion is not opposed by Plaintiff:

     **IT IS HEREBY ORDERED THAT** Defendant Apple Computer, Inc.'s Motion to Modify Caption is GRANTED.

1    **IT IS HEREBY FURTHER ORDERED THAT** the caption in this action shall be

2  modified to replace Defendant's former name stated as "Apple Computer, Inc." with Defendant's

3  current name, "Apple, Inc."

4    **IT IS SO ORDERED.**
     The Clerk shall modify the docket to reflect this change.

5    The hearing presently scheduled on April 16, 2007 is VACATED.

6  Dated: _April 2, 2007_____     _____

7                                        Hon. James Ware
                                         United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

(Proposed) Order Modifying Caption          - 2 -          CASE NO.  C 06-02280 JW PVT