| | |
|---|---|
| 1 | James F. Basile (SBN 228965) |
|   | jbasile@kirkland.com |
| 2 | Mark E. McKane SBN 232045) |
|   | mmckane@kirkland.com |
| 3 | KIRKLAND & ELLIS LLP |
|   | 555 California Street, 27th Floor |
| 4 | San Francisco, CA  94104-1501 |
|   | Telephone:    (415) 439-1400 |
| 5 | Facsimile:     (415) 439-1500 |
| 6 | David M. Bernick, P.C. (*admitted pro hac vice*) |
|   | dbernick@kirkland.com |
| 7 | KIRKLAND & ELLIS LLP |
|   | 153 East 53rd Street |
| 8 | New York, NY  10022 |
|   | Telephone:    212 446-4800 |
| 9 | Facsimile:     212 446-4900 |
| 10 | Attorneys for Defendant |
|    | APPLE INC. |
| 11 | |
|    | Reed R. Kathrein (SBN 139304) |
| 12 | reed@hbsslaw.com |
|    | Jeff D. Friedman (SBN 173886) |
| 13 | jefff@hbsslaw.com |
|    | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 14 | 425 2nd St., Suite 500 |
|    | San Francisco, CA 94107 |
| 15 | Telephone:    (415) 896-6300 |
|    | Facsimile:     (415) 896-6301 |
| 16 | |
|    | Lee M. Gordon (SBN 174168) |
| 17 | lee@hbsslaw.com |
|    | Elaine T. Byszewski (SBN 222304) |
| 18 | elaine@hbsslaw.com |
|    | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 19 | 700 South Flower Street, Suite 2940 |
|    | Los Angeles, CA  90017-4101 |
| 20 | Telephone:    213-330-7150 |
|    | Facsimile:     213-330-7152 |
| 21 | |
| 22 | Attorneys for Plaintiff |
|    | JOSEPH BIRDSONG, individually |
| 23 | and as representative of the putative CLASS |
| 24 | [Additional Counsel Listed on Signature Page] |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH BIRDSONG, individually and as representative of the CLASS,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | Case No.  C 06-02280 JW PVT<br><br>Judge:  Hon. James Ware<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON APPLE INC.'S MOTION TO DISMISS** |

WHEREAS the Case Management Conference and hearing on the Motion to Dismiss of Defendant Apple Inc. ("Apple") was originally calendared for May 7, 2007;

WHEREAS the Court on its own motion continued the Case Management Conference and hearing on Apple's Motion to Dismiss to May 21, 2007;

WHEREAS Counsel for Apple has a preexisting and irreconcilable scheduling conflict requiring his appearance in the United States District Court for the District of Delaware on May 21, 2007;

WHEREAS Apple and plaintiff Joseph Birdsong, individually and as representative of the putative Class, have agreed to continue the Case Management Conference and the Hearing on the Motion to Dismiss to June 4, 2007;

IT IS HEREBY STIPULATED AND REQUESTED by the parties, pursuant to Fed. R. Civ. P. 6(b) and N.D. Cal. Civil L.R. 6-1(a), and consistent with their agreements, that the Case Management Conference currently set for Monday, May 21, 2007 be continued to Monday, June 4, 2007.

WHEREFORE, based on the foregoing and for good cause shown, the parties respectfully request that this Court continue the hearing on Apple's Motion to Dismiss and the Case Management Conference to Monday, June 4, 2007, in Courtroom 8, 4th Floor, San Jose at 9:00 a.m. and 10:00 a.m., respectively.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Dated: May 7, 2007 | Dated: May 7, 2007 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | KIRKLAND & ELLIS LLP |
| By: _/s/ Jeff D. Friedman_ | By: _/s/ Mark E. McKane_ |
| Jeff D. Friedman | Mark E. McKane |
| Attorneys for Plaintiff<br>JOSEPH BIRDSONG,<br>individually and as representative<br>of the putative CLASS | Attorneys for Defendant<br>APPLE INC. |

Additional Counsel for Plaintiff:

Richard Arsenault
John Randall Whaley
NEBLETT, BEARD, ARSENAULT
2220 Bonaventure Court
Post Office Box 1190
Alexandria, Louisiana  71309-1190
Telephone:    (318) 487-9874
Facsimile:     (318) 561-2591

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington  98101
Telephone:    (206) 623-7292
Facsimile:     (206) 623-0594

Philip Bohrer
Scott Brady
BOHRER LAW FIRM, L.L.C.
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana  70809
Telephone:    (225) 925-5297
Facsimile:     (225) 231-7000

John P. Wolff, III
Christopher K. Jones
KEOGH, COX & WILSON, LTD.
701 Main Street
Post Office Box 1151 (70821)
Baton Rouge, Louisiana  70802
Telephone:    (225) 383-3796
Facsimile:     (225) 343-9612

**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

Dated: __May 10 2007__   _____
Hon. James Ware
United States District Court Judge

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Mark E. McKane, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON APPLE INC.'S MOTION TO DISMISS. In compliance with General Order 45, X.B., I hereby attest that Jeff D. Friedman, counsel for Plaintiff Joseph Birdsong, has concurred in this filing.

*/s/ Mark E. McKane*
Mark E. McKane