James A. Lico, Bar No. 169017
jlico@kirkland.com
Megan Rodkin, Bar No. 245874
mrodkin@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

David M. Bernick, P.C. (*admitted pro hac vice*)
dbernick@kirkland.com
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Attorneys for Defendant
APPLE INC.

Jeff D. Friedman (173886)
jefff@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Steve W. Berman (admitted *pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Attorneys for Plaintiffs
JOSEPH BIRDSONG and BRUCE WAGGONER,
individually and on behalf of others similarly
situated

[Additional Counsel Listed on Signature Page]



IT IS SO ORDERED AS MODIFIED
Judge James Ware

Stipulated Request for Order re Briefing Schedule - 1 - CASE NO. C 06-02280 JW PVT

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | SAN JOSE DIVISION |
| 4 | |

| | | |
|---|---|---|
| 5 | JOSEPH BIRDSONG and BRUCE WAGGONER, individually and on behalf of others similarly situated, | Case No. C 06-02280 JW PVT |
| 6 | | Judge: Hon. James Ware |
| 7 | Plaintiffs, | **STIPULATION EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT;** |
| 8 | v. | |
| 9 | APPLE INC., | **STIPULATED REQUEST FOR ORDER RE BRIEFING SCHEDULE** |
| 10 | Defendant. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| 11 | | |

12  WHEREAS the Response to Plaintiffs' Third Amended Complaint is due January 30, 2008;

14  WHEREAS the parties agree that in light of the nature of the issues and pre-existing scheduling commitments they require additional time to address the issues raised by the Third Amended Complaint;

17  WHEREAS this stipulated briefing schedule will not have any effect on the current schedule as the Court has not yet issued a case management order;

19  WHEREAS there have been no previous time modifications relating to this Third Amended Complaint;

21  IT IS HEREBY STIPULATED AND REQUESTED by Plaintiffs Joseph Birdsong and Bruce Waggoner, individually and as representatives of the putative Class, and Defendant Apple Inc., pursuant to Fed. R. Civ. P. 6(b), N.D. Cal. Civil L.R. 6-1(a), and N.D. Cal. Civil L.R. 6-2, and consistent with the parties' prior agreements, that the briefing schedule for Defendant Apple's Motion to Dismiss Plaintiffs' Third Amended Complaint be as follows:

26  Apple's Motion to Dismiss Plaintiffs' Third Amended Complaint shall be filed on or before February 15, 2008;

28  Plaintiffs' Opposition to Apple's Motion to Dismiss shall be filed on or before March 21,

| | | |
|---|---|---|
| 1 | 2008; and | |
| 2 | Apple's Reply to Plaintiffs' Opposition shall be filed on or before April 11, 2008. | |
| 3 | Plaintiffs and Defendant shall meet and confer regarding a date for hearing mutually | |
| 4 | convenient to the Parties and the Court and in compliance with the Local Rules. | |
| 5 | WHEREFORE, based on the foregoing and for good cause shown, the Parties respectfully | |
| 6 | request that this Court accept the parties stipulated briefing schedule as set forth above. | |

IT IS SO STIPULATED.

| Dated: January 30, 2008 | Dated: January 30, 2008 |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP | KIRKLAND & ELLIS LLP |
| By: _/s/ Jeff D. Friedman_ | By: _/s/ James A. Lico_ |
| Jeff D. Friedman | James A. Lico |
| | Megan B. Rodkin |
| Attorneys for Plaintiff | |
| JOSEPH BIRDSONG, | David M. Bernick, P.C. |
| individually and as representative | KIRKLAND & ELLIS LLP |
| of the putative CLASS | 153 East 53rd Street |
| | New York, New York  10022-4611 |
| | Telephone:  (212) 446-4800 |
| Additional Counsel for Plaintiff, | Facsimile:  (212) 446-4900 |
| JOSEPH BIRDSONG, | |
| individually and as representative | Attorneys for Defendant |
| of the putative CLASS: | APPLE INC. |
| Steve W. Berman | |
| HAGENS BERMAN SOBOL SHAPIRO LLP | |
| 1301 Fifth Avenue, Suite 2900 | |
| Seattle, Washington  98101 | |
| Telephone: (206) 623-7292 | |
| Facsimile: (206) 623-0594 | |
| Richard Arsenault | |
| John Randall Whaley | |
| NEBLETT, BEARD & ARSENAULT | |
| 2220 Bonaventure Court | |
| Alexandria, LA  71309-1190 | |
| Telephone: (318) 487-9874 | |
| Facsimile: (318) 561-2591 | |

1  Philip Bohrer
   Scott Brady
2  BOHRER LAW FIRM, L.L.C.
   8712 Jefferson Highway, Suite B
3  Baton Rouge, Louisiana 70809
   Telephone: (225) 925-5297
4  Facsimile: (225) 231-7000

5  John P. Wolff, III
   Christopher K. Jones
6  KEOGH, COX & WILSON, LTD.
   701 Main Street
7  Post Office Box 1151 (70821)
   Baton Rouge, Louisiana 70802
8  Telephone: (225) 383-3796
   Facsimile: (225) 343-9612

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ~~(PROPOSED)~~ ORDER

The Court modifies the parties' Stipulation as follows:

(1) Defendant shall file its Motion to Dismiss on or before **February 15, 2008;**

(2) Plaintiffs shall file its Opposition on or before **March 21, 2008;**

(3) Defendant's Reply, if any, shall be filed on or before **April 7, 2008.**

The hearing on Defendant's Motion to Dismiss the Third Amended Complaint is set for **April 21, 2008 at 9 A.M.** In light of this Order, the Court VACATES the Case Management Conference presently set for February 4, 2008. The Court will set a new Case Management Conference date in its order addressing Defendant's motion.

The parties may not stipulate to an alternative briefing schedule without the Court's approval.

Dated: January 31, 2008

_____
JAMES WARE
United States District Judge

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, James A. Lico, hereby declare under penalty of perjury under the laws of the United States that Jeff D. Friedman, counsel for Plaintiffs, and I, counsel for Apple Inc., concurred in the filing of the Stipulated Request for Order re Briefing Schedule.

Executed on January 30, 2008 in San Francisco, California.

<em>s/ James A. Lico</em>

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Jennifer D. Posada*

Stipulated Request for Order re Briefing Schedule - 7 - CASE NO. C 06-02280 JW PVT